# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shubb, William B. | U. S. District Court | 04/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Court Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

501 I Street
Suite 14-210
Sacramento, CA 95814

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. (H) BANK ACCOUNTS | | | | | | | | | |
| 2. Bank America Accounts | A | Interest | M | T | | | | | |
| 3. 1st Community Credit Union | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. (H) ANNUITIES | | | | | | | | | |
| 6. American Skandia - BlackRock-Loomis Bond, fmrly PIMCO Total Return | | None | K | T | | | | | |
| 7. American Skandia - T Rowe Price Large Cap Fund | | None | L | T | | | | | |
| 8. American Skandia - Cohen & Steers Realty Fnd | | None | K | T | | | | | |
| 9. American Skandia - Western Asset Bond fmrly Lord Abbett Core Bond | | None | K | T | | | | | |
| 10. American Skandia - Profund Large Cap | | None | L | T | | | | | |
| 11. | | | | | | | | | |
| 12. Venture Annuity - US Equity Fund | | None | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. (H) RAYMOND JAMES IRA - B | | | | | | | | | |
| 15. RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 16. Oppenheimer Senior Fltg Rate Fund | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  (H) RAYMOND JAMES - Trust - A826 | | | | | | | | | |
| 19.  RJ Bank Dep. Program | A | Dividend | J | T | | | | | |
| 20.  MMA Capital Holdings | | None | J | T | | | | | |
| 21.  Invesco Interm Muni Fnd | A | Dividend | K | T | | | | | |
| 22.  Invesco Oppenheimer Rochester CA Muni Fund "C" | D | Dividend | M | T | | | | | |
| 23.  Invesco Equity & Income Fund "C" | A | Distribution | L | T | | | | | |
| 24.  Invesco Equity & Income Fund "A" | B | Dividend | L | T | | | | | |
| 25.  Franklin Income Fund "A1" | C | Dividend | L | T | | | | | |
| 26.  Franklin Income Fund "A" | B | Dividend | K | T | | | | | |
| 27.  Franklin Income Fund "C" | A | Dividend | K | T | | | | | |
| 28.  PGIM QMA Stock Index Fund "C" | C | Dividend | N | T | Buy<br>(add'l) | 12/14/20 | L | | |
| 29.  Putnam Focused Equity Fund "C" | A | Dividend | L | T | | | | | |
| 30. | | | | | | | | | |
| 31.  (H) WF ADVISORS-IRA- B -1290 | | | | | | | | | |
| 32.  Standard Bank Deposit | A | Dividend | J | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 33.  Invesco Equally Weighted S&P 500 Fund | B | Dividend | L | T | | | | | |
| 34.  New Perspective Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | |
| 36.   (H) WF ADVISORS -Trust - 1211 | | | | | | | | | |
| 37.   Standard Bank Deposit | A | Dividend | J | T | Sold (part) | 12/11/20 | J | | |
| 38.   Boeing | | None | L | T | | | | | |
| 39.   Chevron | B | Dividend | K | T | Sold (part) | 12/11/20 | J | C | |
| 40.   Coca Cola | B | Dividend | K | T | | | | | |
| 41.   Intel | A | Dividend | K | T | | | | | |
| 42.   iShares NASDAQ Biotechnolgy ETF | A | Dividend | K | T | Buy | 12/11/20 | K | | |
| 43.   Proctor & Gamble | B | Dividend | L | T | | | | | |
| 44.   Investment Company of America | D | Dividend | O | T | | | | | |
| 45.   New Perspective Fund | A | Dividend | O | T | | | | | |
| 46. | | | | | | | | | |
| 47.   (H) WF ADVISORS - IRA - S | | | | | | | | | |
| 48.   Invesco Diversified Dividend Fund | A | Dividend | J | T | | | | | |
| 49.   Apache Corp. | A | Dividend | J | T | | | | | |
| 50.   Sempra Energy | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. (H) WF ADVISORS - IRA - B - 7769 | | | | | | | | | |
| 53. Standard Bank Deposit | A | Dividend | J | T | Buy (add'l) | 12/11/20 | K | | |
| 54. Franklin Income Fund | D | Dividend | M | T | | | | | |
| 55. Invesco Equally Weighted S&P 500 | C | Dividend | M | T | | | | | |
| 56. Invesco Diversified Dividend Fund | D | Dividend | N | T | Buy (add'l) | 12/11/20 | L | | |
| 57. Abbott Labs | B | Dividend | M | T | | | | | |
| 58. A T & T | C | Dividend | K | T | | | | | |
| 59. Bristol Meyers | B | Dividend | L | T | | | | | |
| 60. Chevron | B | Dividend | K | T | Sold (part) | 12/11/20 | K | B | |
| 61. Coca Cola | B | Dividend | L | T | | | | | |
| 62. Conoco | A | Dividend | K | T | | | | | |
| 63. Corteva | A | Dividend | J | T | | | | | |
| 64. Disney | B | Dividend | M | T | Sold (part) | 12/11/20 | M | | |
| 65. Dow Inc | A | Dividend | J | T | | | | | |
| 66. DuPont Inc | A | Dividend | K | T | | | | | |
| 67. Intel | B | Dividend | L | T | | | | | |
| 68. IBM | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | iShares NASDAQ Biotechnology ETF | A | Dividend | K | T | Buy | 12/11/20 | K | | |
| 70. | Johnson & Johnson | C | Dividend | M | T | | | | | |
| 71. | Phillips 76 | B | Dividend | K | T | | | | | |
| 72. | Proctor & Gamble | C | Dividend | M | T | | | | | |
| 73. | Sempra Energy | B | Dividend | L | T | | | | | |
| 74. | SPDR Gold Trust ETF | | None | K | T | Buy | 12/11/20 | K | | |
| 75. | Yum Brands | A | Dividend | K | T | | | | | |
| 76. | Yum China Holdings | A | Dividend | K | T | | | | | |
| 77. | Capitol One 5.00% Pfd Perpetual Maty | A | Dividend | L | T | Buy<br>(add'l) | 12/11/20 | L | | |
| 78. | PS Bus Parks 4.875% Pfd Series Z Perpetual Maty | A | Dividend | K | T | | | | | |
| 79. | Public Storage 4.90% Pfd 10/14/2021 | A | Dividend | K | T | | | | | |
| 80. | Public Storage 5.2% Pfd 01/16/2018 | B | Dividend | | | Sold | 12/11/20 | K | A | |
| 81. | Public Storage 5.125% Pfd 5/17/2021 | C | Dividend | L | T | | | | | |
| 82. | Wells Fargo 4.75% Pfd Perpetual Mat'y | | None | L | T | Buy | 12/11/20 | L | | |
| 83. | | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William B. Shubb**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544